**Order entered October 3, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01119-CV

### IN RE: BOBBY DUNCAN, Relator

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-53157-2014**

## ORDER
Before Justices Bridges, Myers, and Whitehill

Based on the Court's opinion of this date, we **DENY** relator's September 20, 2016 petition for writ of mandamus. We **ORDER** relator to bear the costs, if any, of this original proceeding.

/s/     BILL WHITEHILL
          JUSTICE